

January 14, 2010

U. S. Bankruptcy Court
District of Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727

Re: Jill I. Vickers
 SSN # xxx-xx-2508
 Chapter: 7
 Case# 2:09-bk-32178

Chase Student Loan Servicing LLC has received the First Meeting of Creditor's Notice for the above individual. As indicated on the First Meeting of Creditor's Notice, we are not to file a proof of claim unless instructed to do so. Please ensure that Chase Student Loan Servicing, LLC is included on the mailing list for all court issued documents at the following address:

> Chase Student Loan Servicing, LLC
> P.O. Box 523
> Madison, MS 39130

***Please sign, stamp, and date this letter and return to Chase Student Loan Servicing LLC in the enclosed self-addressed stamped envelope.***

If you have any questions, please contact me at Phone Number (601) 898-5800 ext. 15210.

Sincerely,

/s/ Ralanda Huggins

Loan Servicing Specialist II


We have acknowledged receipt of this letter and have ensured that Chase Student Loan Servicing, LLC is on the court's mailing list for the above reference.

_____ Date _____
\claims\

Chase Student Loan Servicing, LLC
Mail Correspondence To: PO Box 523, Madison, MS 39130 • Mail Payments To: PO Box 522, Madison, MS 39130
Telephone: 800 489 5005 • Facsimile: 601 899 4364
www.cslservicing.com

Case 2:09-bk-32178-SSC    Doc 9    Filed 01/19/10    Entered 01/19/10 12:32:32    Desc
Main Document    Page 1 of 1